# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-101-GF-BMM-1 |
| Plaintiff, | |
| vs. | |
| GARY GIRARD SHEEHAN, | |
| Defendant. | |

On March 18, 2019, the undersigned granted Defendant, Gary Sheehan's (Sheehan) Motion for a Psychiatric Exam, (Doc. 54). On May 22, 2019, the Court received notice from I. Jacquez, Warden at Federal Detention Center, SeaTac, Washington, where Sheehan is being evaluated, requesting a 15-day extension of the evaluation.

Accordingly, **IT IS ORDERED** that a 15-day extension of the evaluation of Sheehan is **GRANTED**. The study period will end on May 30, 2019, with the final report submitted to the Court no later than June 17, 2019.

DATED May 23, 2019 .

_____
Brian Morris
United States District Court Judge