# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>GARY GIRARD SHEEHAN,<br>Defendant | Case No. CR-18-101-GF-BMM-1<br><br>ORDER |

Defendant, GARY GIRARD SHEEHAN, having filed a motion to vacate his competency hearing;

IT IS HEREBY ORDERED, to vacate the Hearing presently set for July 30, 2019 at 2:30 p.m., is VACATED.

DATED this __10th__ day of July, 2019.

BRIAN M. MORRIS
United States District Court Judge